1106

No. 74–300. ROSEN v. LAWRENCE. C. A. 5th Cir. Certiorari denied.

No. 74–301. WASHBURN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–310. STANDARD FORGE & AXLE CO., INC. v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 5th Cir. Certiorari denied.

No. 74–316. KERN v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 74–321. DUNN v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 74–325. ROVNER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 74–372. SCHENKER, AKA SHENKER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–378. GIBSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 74–396. MATHIS v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 74–392. ORRIN v. SIMON, SECRETARY OF THE TREASURY. C. A. D. C. Cir. Certiorari denied.

No. 74–394. PATERNO ET AL. v. UNITED STATES; and
No. 74–406. DENTI v. UNITED STATES. C. A. 2d Cir. Certiorari denied: Reported below: 498 F. 2d 1396.